Gregory Micheal Ellis
_____
Name and Prisoner/Booking Number

Maricopa County Sheriff's Mens Jail
_____
Place of Confinement

2743 W Montebello Avenue
_____
Mailing Address

Phoenix, AZ   85017-2626
_____
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

____ FILED        ____ LODGED
____ RECEIVED     ____ COPY

MAY 1 3 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Gregory Micheal Ellis
_____ ,
(Full Name of Petitioner)

                Petitioner,

v.

Maricopa County Sheriff Mike Penzone
_____ ,
(Name of the Director of the Department of
Corrections, Jailor or authorized person having custody
of Petitioner),

           Respondent,
           and
The Attorney General of the State of Arizona
_____ ,

           Additional Respondent.

CASE NO   **CV21-00851-PHX-DJH--JFM**
_____
(To be supplied by the Clerk)

**PETITION UNDER 28 U.S.C. § 2254
FOR A WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY
(NON-DEATH PENALTY)**

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:   Phoenix Municipal Court 300 W Washington Street, Phoenix, AZ 85004  Courtroom 505 Honorable Cynthia Gonzales

   (b) Criminal docket or case number:   LC2020-000070-001 DT

2. Date of judgment of conviction:   September 14th, 2020

3. In this case, were you convicted on more than one count or crime?   Yes ☐   No ☒

Revised 3/15/16

1

**530**

4. Identify all counts and crimes for which you were convicted and sentenced in this case: Harrassment
   Interfering with a Judicial Order

5. Length of sentence for each count or crime for which you were convicted in this case: 6 month,
   60 days originally served while incarcerated on a $30,000.00 cash bond for a misdemeanor
   Offered 3 yearsprobation in lieu of the remaining 4 month and judge designated my
   offense a domestic violence case and ordered 1 year of domestic violence counseling.

6. (a) What was your plea?
   Not guilty                      ☒
   Guilty                          ☐
   Nolo contendere (no contest)    ☐

   (b) If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give
   details: _____

   (c) If you went to trial, what kind of trial did you have? (Check one) Jury ☐ Judge only ☒
   **Requested Jury Trial-was denied by Trial Judge**
7. Did you testify at the trial?        Yes ☐        No ☒

8. Did you file a direct appeal to the Arizona Court of Appeals from the judgment of conviction?
   Yes ☒    No ☐

   If yes, answer the following:

   (a) Date you filed: January 13th, 2020

   (b) Docket or case number: LC2019-000070-001 DT

   (c) Result: Appeals Judge upheld Lower Courts ruling

   (d) Date of result: 04/02/2020

   (e) Grounds raised:    1. Denial of a fair and impartial hearing
                          2. Denial of due process
                          3. Deniel of access to fair and obtainable bail
                          4 Denial of a jury trial
                          5 Denial of competent defense attorney

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

9. Did you appeal to the Arizona Supreme Court?  Yes ☒    No ☐

    If yes, answer the following:

    (a)  Date you filed: _____04/12/2020_____

    (b)  Docket or case number: _____

    (c)  Result: ___Arizona Supreme Court chose not to hear case_____

    (d)  Date of result: _____

    (e)  Grounds raised: __Biased Judge refusing to recuse, insufficient evidenceto present for trial ,__
    _____vagueness of Injunction Against Harassment and inadequate legal counsel ,_____
    __Court appointed incompetent defense atttorney to deny defendant a proper defense, denied defendant due__
    __process and equal protection under the law, maliciously and intentionally convicted and sentenced defendant__
    __out of malice, violated defendants 14th ammendment rights under the Constitution_____

    **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

10. Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☒

    If yes, answer the following:

    (a)  Date you filed: _____

    (b)  Docket or case number: _____

    (c)  Result: _____

    (d)  Date of result: _____

    (e)  Grounds raised: _____
    _____
    _____
    _____
    _____
    _____

    **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

11. Other than the direct appeals listed above, have you filed any other petitions, applications or motions concerning this judgment of conviction in any state court? Yes ☒    No ☐

    If yes, answer the following:
    Writ of Habeas Corpus in Maricopa Superior Court 10/04/2020 while in-Custody

(a)   First Petition.

    (1)   Date you filed: _____09/08/2019_____

    (2)   Name of court: __Phoenix Municipal Court_____

    (3)   Nature of the proceeding (Rule 32, special action or habeas corpus): __Inadequate Defense Counsel__

    (4)   Docket or case number: __LC2019-000415-001 DT_____

    (5)   Result: __Appeals Judge again affirms Lower Case Decision_____

    (6)   Date of result: ___01/06/2020_____

    (7)   Grounds raised: __Defense Counsel saw Defendant at Arraignment and not again until trial 2 weeks__
                       later, when the police report clearly stated Defendant had electronic evidence and
                       witnesses to corroborate his version of events. And furthermore, raised no objection
                       when the Trial Judge refused to continue the case, so Defendant could aid Defense i
                       collecting his evidence for trial. Trial Judge's solution was to hold Prosecution Trial
                       that day and Defense Trial 2 weeks later.

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

(b)   Second Petition.

    (1)   Date you filed: __October 19, 2019_____

    (2)   Name of court: __Arizona Supreme Court_____

    (3)   Nature of the proceeding (Rule 32, special action or habeas corpus): __Special Action__

    (4)   Docket or case number: __LC2019-000415-001 DT_____

    (5)   Result: __Arizona Supreme Court decided not to hear Defendant's Complaint and summarily dismissed__

    (6)   Date of result: __July 2020_____

    (7)   Grounds raised: __Trial Judge denied Defendant right and privilege to request Judge recuse themselves__
        and Defense is not required to give a reason except show belief that the Court can not judge objectively, but
        Plaintiff had requested Defense Lawyer bring his concerns to the Court when Trial Judge would not listen
        or even hear Defendants oral argument for a lower and reasonable bond at Arraignment and left at
        $30,000.00 cash bond. Also had concerns about Defense Counsel ability to be effective in Defendants
        defense when the Defense Attorney had not conferred with Defendant of material evidence and
        witnesses in Police report was not retrieved before trial. Basically unprepared and unequipped to mount
        a rebuttal defense.

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

(c)  Third Petition.

    (1)  Date you filed: _August 2nd, 2019_____

    (2)  Name of court: _Maricopa Superior   Court_____

    (3)  Nature of the proceeding (Rule 32, special action or habeas corpus): _Weapons Seizure_____

    (4)  Docket or case number: _LC2019-000427-001 DT_____

    (5)  Result: _Seize personal property on false pretense and without legal grounds for 7 months___

    (6)  Date of result: _October 14th, 2019_____

    (7)  Grounds raised: _which was In Police report, Officers stated that weapon was confiscated for safe_
                  _keeping only. Prosecuters inferred that weapon was seized for some self conceived_
                  _threat to myself or the general public, Defendant had never exhibited any previous_
                  _irrational behavior to warrant the response from the court  or the Appeals Judge.____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

(d)  Did you appeal the action taken on your petition, application, or motion to the:

                            <u>Arizona Court of Appeals:</u>         <u>Arizona Supreme Court:</u>

    (1)  First petition:   Yes ☒    No ☐       Yes ☒    No ☐

    (2)  Second petition: Yes ☒    No ☐       Yes ☐    No ☒

    (3)  Third petition   Yes ☒    No ☐       Yes ☐    No ☒

(e)  If you did not appeal to the Arizona Court of Appeals, explain why you did not: _____

_____

_____

_____

_____

12.  For this petition, **state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States**.  Attach additional pages if you have more than four grounds.  State the <u>facts</u> supporting each ground.

    **CAUTION:**  To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court.   Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE**:  Convicted of Violating a Law that set no parameters that a simple minded person could follow since there were no set distances in the petition IAH set by the court. The Defendant could not logically define what near could possibly mean to obey the court's order.

(a)   Supporting FACTS (Do not argue or cite law.   Just state the specific facts that support your claim.):

Injunction against Harassment

Find attached transcripts, copies of pleadings and audio copy of facts of each occurrence stated above to

support facts stated by Defendants.

(b) Did you present the issue raised in Ground One to the Arizona Court of Appeals?   Yes ☒          No ☐

(c) If yes, did you present the issue in a:
Direct appeal              ☒
First petition              ☐
Second petition           ☐
Third petition             ☐

(d)   If you did not present the issue in Ground One to the Arizona Court of Appeals, explain why: _____

(e) Did you present the issue raised in Ground One to the Arizona Supreme Court?   Yes ☒          No ☐

6

**GROUND TWO**:     Defendant was denied due process and equal protection under the law by the Courts, the
Police, or the City Prosecutor's Office
_____
_____
_____
_____


(a)   Supporting FACTS (Do not argue or cite law.   Just state the specific facts that support your claim.):

Collusion  by the State Judicial System and victim's employer, Victim, Phoenix Police Department,
Phoenix Prosecutor's Office, Maricopa County Appeals Jurist and Possibly the Maricopa County Public
Defender's Office to deprive the Defendant of his Constitutional Civil Rights by appointing incompetent
Representation and denying a fair and impartial trial.
Find attached transcripts, copies of pleadings and audio copy of facts of each occurrence stated above to
support facts stated by Defendants.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____


(b) Did you present the issue raised in Ground Two to the Arizona Court of Appeals?   Yes ☒        No ☐

(c) If yes, did you present the issue in a:
        Direct appeal       ☒
        First petition       ☐
        Second petition     ☐
        Third petition       ☐

(d)   If you did not present the issue in Ground Two to the Arizona Court of Appeals, explain why: _____
_____
_____
_____
_____


(e) Did you present the issue raised in Ground Two to the Arizona Supreme Court?   Yes ☒        No ☐

**GROUND THREE**:   Incompetent Defense appointed by the Court

(a)   Supporting FACTS (Do not argue or cite law.   Just state the specific facts that support your claim.):

Collusion  by the State Judicial System and victim's employer, Victim, Phoenix Police Department, Phoenix Prosecutor's Office, Maricopa County Appeals Jurist and Possibly the Maricopa County Public Defender's Office to deprive the Defendant of his Constitutional Civil Rights.

Find attached transcripts, copies of pleadings and audio copy of facts of each occurrence stated above to support facts stated by Defendants.

(b) Did you present the issue raised in Ground Three to the Arizona Court of Appeals?   Yes ☐          No ☒

(c) If yes, did you present the issue in a:
       Direct appeal          ☐
       First petition          ☐
       Second petition          ☐
       Third petition          ☐

(d)   If you did not present the issue in Ground Three to the Arizona Court of Appeals, explain why: _____
       Appeals Attorney forgot or overlooked adding this issue to the initial appeal

(e) Did you present the issue raised in Ground Three to the Arizona Supreme Court?   Yes ☒          No ☐

8

**GROUND FOUR**:   Denial of reasonable bail for a Misdemeanor and adding Domestic Violence allegations to the Harrassment violation without proper evidence or provocation.

(a)   Supporting FACTS (Do not argue or cite law.   Just state the specific facts that support your claim.):
Court added the Domestic Violence enhancement after the judgment and gave no reason for the attachment other than Defendant had a previous relationship with the Plaintiff that was canceled over two years prior to the IAH order and neglected to hear the extenuating circumstances of Defendants Civil Lawsuit against the Plaintiff and her Employer for violating Defendant's Civil Liberties.

(b) Did you present the issue raised in Ground Four to the Arizona Court of Appeals?   Yes ☐        No ☒

(c) If yes, did you present the issue in a:
Direct appeal        ☐
First petition        ☐
Second petition        ☐
Third petition        ☐

(d)   If you did not present the issue in Ground Four to the Arizona Court of Appeals, explain why: _____
I was not aware of the enhancement being added or the requirements that occupany that under Arizona Law. Another deficiency of the Defense Lawyer appointed to represent the Defendant.

(e) Did you present the issue raised in Ground Four to the Arizona Supreme Court?   Yes ☐        No ☒

9

**Please answer these additional questions about this petition:**

13. Have you previously filed any type of petition, application or motion in a federal court regarding the conviction that you challenge in this petition?        Yes ☐    No ☒

    If yes, give the date of filing, the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed.   Attach a copy of any court opinion or order, if available: _____

_____

_____

_____

_____

_____

_____

14. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, as to the judgment you are challenging?        Yes ☐    No ☒

    If yes, give the date of filing, the name and location of the court, the docket or case number, the type of proceeding, and the issues raised: _____

_____

_____

_____

_____

_____

15. Do you have any future sentence to serve after you complete the sentence imposed by the judgment you are challenging?   Yes ☐        No ☒

    If yes, answer the following:

    (a) Name and location of the court that imposed the sentence to be served in the future:

      Phoenix Municipal Court 300 W Washington Street,  Courtroom 505, Phoenix, AZ 85004 2:45pm

_____

_____

    (b)  Date that the other sentence was imposed: _____October 02, 2020_____

    (c)  Length of the other sentence: _____180 days_____

    (d)  Have you filed, or do you plan to file, any petition challenging the judgment or sentence to be served in the future?        Yes ☒        No ☐

16. TIMELINESS OF PETITION: If your judgment of conviction became final more than one year ago, you must explain why the one-year statute of limitations in 28 U.S.C. § 2244(d) does not bar your petition.*

Covid-19 Pandemic and Defendants appeals have delayed full commencement of implementation of the remainder of Defendants sentence in original judgment ordered by Trial Judge on September 14th, 2019 while Defendant was still in custody

*Section 2244(d) provides in part that:

(1)   A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court.   The limitation period shall run from the latest of-

(A)   the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B)   the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

(C)   the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D)   the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)   The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

17. Petitioner asks that the Court grant the following relief:   Defendants Judgement be quashed, vacated or set aside and a new trial be ordered by an impartial magistrate for review and decision

or any other relief to which Petitioner may be entitled.   (Money damages are not available in habeas corpus cases.)

I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _OCTOBER 04, 2020_ (month, day, year).

_____
Signature of Petitioner

_____    _____
Signature of attorney, if any                              Date